**Work Title:** FEMME FATALE

**BMI Work #:** 42520100 **ISWC**: T-932.022.954-7

**Date Registered**: 03/24/2020 **Registration Origin**: Works Registration

**Songview Status:** Reconciled

| Songwriter/Composer | Current Affiliation | Shares | IPI Name # |
|---|---|---|---|
| SKYLAR GUDASZ | BMI | 200.00% | 00641046772 |

| Publisher | Current Affiliation | Shares | IPI Name # |
|---|---|---|---|
| MANUSCRIPT | NA | 0.00% | 00686021835 |

EXHIBIT 1

tabbies