EXHIBIT

2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**PA 2-378-987**

**Effective Date of Registration:**
September 21, 2022
**Registration Decision Date:**
November 07, 2022

## Copyright Registration for a Group of Works Published on the Same Album

Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

**Group Title:** **Works published on the album Cinema**
**Album Title:** Cinema
**Album Label:** Suah Sounds

- **Title of Work:** Femme Fatale, Album Track Number 1
- **Title of Work:** Actress, Album Track Number 2
- **Title of Work:** Play Nice, Album Track Number 3
- **Title of Work:** Rider, Album Track Number 4
- **Title of Work:** Animal, Album Track Number 5
- **Title of Work:** Short Staying, Album Track Number 6
- **Title of Work:** Go Away, Album Track Number 7
- **Title of Work:** Have We Met, Sir, Album Track Number 8
- **Title of Work:** Waitress, Album Track Number 9

### Completion/Publication

**Year of Completion for the Works Published on the Album:** 2019
**Date of First Publication for the Album:** April 17, 2020
**Nation of First Publication:** United States
**Works released on a digital album:** Yes
**Works released on a physical product:** Yes

### Author

- **Author:** Skylar Lynn Gudasz
  **Author Created:** Musical work(s) (with or without lyrics): All Tracks Being Registered
  **Work made for hire:** No

**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Skylar Lynn Gudasz
700 E. Ellerbee Street, Durham, NC, 27704, United States

## Rights and Permissions

**Organization Name:** Shawn Nolan Law, PLLC
**Name:** Shawn Nolan
**Email:** shawnnolanlaw@gmail.com
**Address:** PO Box 4815
Chapel Hill, NC 27515 United States

## Certification

**Name:** Shawn Nolan
**Date:** September 21, 2022

---

**Copyright Office notes:** Regarding group registration: A group of musical works may be registered in Class PA under 37 C.F.R. 202.4(k) if the following requirements have been met: 1) all of the musical works must be contained on the same album, as defined in 37 C.F.R. 202.4(k)(1)(i); 2) the group may include up to twenty musical works; 3) all the works in the group must be published on the same album and on the same date, all the works must be first published in the same country, and the date and nation of first publication for the album must be specified in the application; 4) the application must provide the title for the album and a title for each work in the group; 5) all the works in the group must be created by the same author, or the works must have a common joint author; 6) the copyright claimant or co-claimants for all of the works in the group must be the same person or organization; and 7) the works may be registered as works made for hire if they are identified in the application as such.