IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-137-D-RJ

| | |
|---|---|
| SKYLAR GUDASZ,<br><br>Plaintiff,<br><br>v.<br><br>KARIM KHARBOUCH a/k/a "FRENCH MONTANTA"; RORY WILLIAM QUIGLEY a/k/a "COKE BOYS RECORDS"; MONTANA ENTERTAINMENT, LLC; COCAINE CITY RECORDS, LLC; FRAUD BEATS, INC.; SONY MUSIC ENTERTAINMENT, INC; and VYDIA, INC.,<br><br>Defendants. | **ORDER** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, and for good cause shown, Plaintiff, Skylar Gudasz, and Defendants Sony Music Publishing (US) LLC (incorrectly sued as Sony Music Entertainment, Inc.) and Vydia, Inc.'s Joint Motion to Stay Proceedings Pending Dismissal is GRANTED.

IT IS, THEREFORE, HEREBY ORDERED that all proceedings in this matter for are stayed for a period of time not to exceed sixty (60) days from the date of the entry of this Order.

SO ORDERED. This the 27 day of February, 2024.

_____
JAMES C. DEVER III
United States District Judge