UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-137-D-RJ

SKYLAR GUDASZ,

       Plaintiff

v.

KARIM KHARBOUCH a/k/a/ "FRENCH MONTANA"; RORY WILLIAM QUIGLEY a/k/a "HARRY FRAUD"; COKE BOYZ, LLC a/k/a "COKE BOYS RECORDS"; MONTANA ENTERTAINMENT, LLC; COCAINE CITY RECORDS, LLC; FRAUD BEATS, INC.; SONY MUSIC ENTERTAINMENT, INC.; and VYDIA, INC.,

       Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for Plaintiff Skylar Gudasz ("Plaintiff"), on the one hand, and Defendants Karim Kharbouch a/k/a "French Montana," Rory William Quigley a/k/a "Harry Fraud," Coke Boyz, LLC a/k/a "Coke Boys Records," Montana Entertainment, LLC, Fraud Beats, Inc., Sony Music Publishing (US) LLC (incorrectly sued as Sony Music Entertainment Inc.) and Vydia, Inc. (collectively, "Defendants"), on the other, that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice, with each party to bear his, her or its own costs, attorneys' fees and expenses.

  IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts which, together, shall constitute one and the same fully executed stipulation and may be filed by either party without further notice. For the purposes of this stipulation, copies of signatures, transmitted electronically, shall suffice to render this stipulation effective and binding.

| Dated: June 17, 2024 | /s/ *Alan E. Toll* |
| --- | --- |
| | Alan E. Toll |
| | N.C. State Bar No. 12576 |
| | atoll@tollraylaw.com |
| | TOLL & ASSOCIATES, PLLC |
| | 1410 Commonwealth Dr., Suite 205 |
| | The Atrium Landfall |
| | Wilmington, NC 28403 |
| | Telephone: (910) 251-9900 |
| | |
| | *Counsel for Plaintiff* |
| | |
| Dated: June 17, 2024 | /s/ *Douglas M. Jarrell* |
| | Douglas M. Jarrell |
| | N.C. Bar No. 21138 |
| | djarrell@robinsonbradshaw.com |
| | ROBINSON, BRADSHAW & HINSON P.A. |
| | 101 N. Tryon Street, Suite 1900 |
| | Charlotte, NC 28246 |
| | Telephone: (704) 377-8380 |
| | |
| | Ilene S. Farkas |
| | ifarkas@pryorcashman.com |
| | PRYOR CASHMAN LLP |
| | 7 Times Square |
| | New York, NY 10036 |
| | Telephone: (212) 326-0188 |
| | |
| | *Counsel for Defendants Sony Music Publishing (US) LLC, Karim Kharbouch a/k/a "French Montana," Rory William Quigley a/k/a "Harry Fraud," Coke Boyz, LLC a/k/a "Coke Boys Records," Montana Entertainment, LLC, and Fraud Beats, Inc.* |
| | |
| Dated: June 17, 2024 | /s/ *Patrick M. Kane* |
| | Patrick M. Kane |
| | N.C. Bar No. 36861 |
| | pkane@foxrothschild.com |
| | FOX ROTHSCHILD LLP |
| | 230 N. Elm Street, Suite 1200 |
| | Greensboro, NC 27401 |
| | Telephone: 336.378.5200 |
| | |
| | *Counsel for Defendant Vydia, Inc.* |